Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  21−19761−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Donald P. Zsak                                      Ana Arocho−Zsak
   1247 Woodside Road                    1247 Woodside Road
   Scotch Plains, NJ 07076               Scotch Plains, NJ 07076

Social Security No.:
   xxx−xx−3006                                      xxx−xx−5545

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2022.

Dated: March 17, 2022
JAN: rah

                                                                              Jeanne Naughton
                                                                              Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-19761-RG |
| Donald P. Zsak | Chapter 13 |
| Ana Arocho-Zsak | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald P. Zsak, Ana Arocho-Zsak, 1247 Woodside Road, Scotch Plains, NJ 07076-4676 |
| 519469637 | + | Alexa Zsak, 1247 Woodside Road, Scotch Plains, NJ 07076-4676 |
| 519465942 | + | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 519476874 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519465946 | | Discover Personal Loans, P.O. Box 71244, Charlotte, NC 28272-1244 |
| 519465947 | + | Figure Home Equity Line, P.O. Box 40534, Reno, NV 89504-4534 |
| 519465950 | | Macy's, P.O. Box 71361, Philadelphia, PA 19176-1361 |
| 519465951 | | Prosper Marketplace, Inc., P.O. Box 886081, Los Angeles, CA 90088-6081 |
| 519513721 | + | Quorum Federal Credit Union, c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 519465954 | | State of New Jersey, Division of Taxation, Compliance Activity, PO Box 245, Trenton, NJ 08695-0245 |
| 519465955 | | Thames Management Company, P.O. Box 3521, Newport, RI 02840-0300 |
| 519465957 | | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 519485149 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2022 20:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2022 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 20:34:26 | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 17 2022 20:34:27 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519465940 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 17 2022 20:31:00 | Ally Auto Loan, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 519471804 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 20:34:40 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519489587 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 17 2022 20:34:33 | Ally Capital c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519465941 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 20:34:40 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 519491061 | | Email/PDF: bncnotices@becket-lee.com | Mar 17 2022 20:34:43 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519465943 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | | |

Case 21-19761-RG    Doc 26    Filed 03/19/22    Entered 03/20/22 00:16:12    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 17, 2022 | Form ID: plncf13 | Total Noticed: 42 |

| Recip ID | | Notice Type | Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 17 2022 20:32:00 | Bridgecrest Auto, P.O. Box 53087, Phoenix, AZ 85072-3087 |
| 519470995 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Mar 17 2022 20:32:00 | Carvana, LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 519465945 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2022 20:34:29 | Citi, P.O. Box Box 70166, Philadelphia, PA 19176-0166 |
| 519472574 | + | Email/Text: dplbk@discover.com | Mar 17 2022 20:32:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519465948 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 17 2022 20:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519465944 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2022 20:34:38 | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 519493922 | + | Email/Text: RASEBN@raslg.com | Mar 17 2022 20:31:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519512918 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2022 20:34:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519465949 | | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:40 | Lowe's, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 519509793 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2022 20:34:28 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 519517995 | + | Email/Text: bncmail@w-legal.com | Mar 17 2022 20:32:00 | Prosper Marketplace Inc., c/o Weinstein & Riley, P.S., 2001 Western Ave., Ste. 400, Seattle, WA 98121-3132 |
| 519465952 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2022 20:32:00 | Rocket Mortgage, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 519480066 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2022 20:32:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519465953 | | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 17 2022 20:32:00 | Sallie Mae, P. O. Box 8459, Philadelphia, PA 19101-8459 |
| 519494497 | | Email/Text: ebn_bkrt_forms@salliemae.com | Mar 17 2022 20:32:00 | Sallie Mae, P.O. Box 3319, Wilmington, DE 19804-4319 |
| 519502873 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519470568 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2022 20:34:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519465956 | | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2022 20:31:00 | Upromise, c/o Barclays, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 519510672 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 17 2022 20:34:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519465958 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2022 20:31:00 | Wyndham, c/o Barclays, P.O. Box 1337, Philadelphia, PA 19105 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 19, 2022         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jessica M. Minneci | on behalf of Joint Debtor Ana Arocho-Zsak jminneci@middlebrooksshapiro.com |
| Jessica M. Minneci | on behalf of Debtor Donald P. Zsak jminneci@middlebrooksshapiro.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melinda D. Middlebrooks | on behalf of Debtor Donald P. Zsak middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| Melinda D. Middlebrooks | on behalf of Joint Debtor Ana Arocho-Zsak middlebrooks@middlebrooksshapiro.com melindamiddlebrooks@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7