MELINDA MIDDLEBROOKS ESQ
841 MOUNTAIN AVENUE, FIRST FLOOR
SPRINGFIELD, NJ  07081

Re:  DONALD P. ZSAK
     ANA AROCHO-ZSAK
     1247 WOODSIDE ROAD
     SCOTCH PLAINS,  NJ  07076

Atty:  MELINDA MIDDLEBROOKS ESQ
       841 MOUNTAIN AVENUE, FIRST FLOOR
       SPRINGFIELD, NJ  07081

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 21-19761

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $148,026.00**

## RECEIPTS AS OF 01/13/2023   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/28/2021 | $250.00 | 8171804000 | 01/25/2022 | $242.00 | 8231256000 |
| 02/16/2022 | $242.00 | 8280471000 | 03/03/2022 | $242.00 | 8315621000 |
| 04/04/2022 | $242.00 | 8381415000 | 04/08/2022 | $250.00 | 8392846000 |
| 04/11/2022 | $100.00 | 8395480000 | 05/02/2022 | $500.00 | 8433390000 |
| 05/31/2022 | $100.00 | 8495372000 | 06/02/2022 | $500.00 | 8504002000 |
| 06/02/2022 | $100.00 | 8504007000 | 07/01/2022 | $2,700.00 | 8561045000 |
| 08/01/2022 | $2,700.00 | 8622095000 | 09/02/2022 | $2,700.00 | 8685417000 |
| 10/04/2022 | $2,700.00 | 8749608000 | 10/31/2022 | $2,700.00 | 8797184000 |
| 12/02/2022 | $2,700.00 | 8857591000 | 01/03/2023 | $2,700.00 | 8915841000 |

**Total Receipts:  $21,668.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $21,668.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 10/17/2022 | $360.71 | 8,003,096 | | 11/14/2022 | $114.33 | 8,003,150 |
| | 12/12/2022 | $114.31 | 8,003,197 | | 01/09/2023 | $114.32 | 8,003,252 |
| BANK OF AMERICA NA | | | | | | | |
| | 05/16/2022 | $229.48 | 890,440 | | 06/20/2022 | $92.57 | 892,093 |
| DISCOVER PERSONAL LOAN | | | | | | | |
| | 10/17/2022 | $1,113.47 | 899,333 | | 11/14/2022 | $352.87 | 900,912 |
| | 12/12/2022 | $352.87 | 902,458 | | 01/09/2023 | $352.86 | 903,946 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 10/17/2022 | $518.27 | 898,937 | | 11/14/2022 | $164.24 | 900,501 |
| | 12/12/2022 | $164.24 | 902,076 | | 01/09/2023 | $164.23 | 903,565 |

**Chapter 13 Case # 21-19761**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 10/17/2022 | $704.58 | 899,514 | | 10/17/2022 | $730.53 | 899,514 |
| | 11/14/2022 | $231.51 | 901,082 | | 11/14/2022 | $223.27 | 901,082 |
| | 12/12/2022 | $231.51 | 902,629 | | 12/12/2022 | $223.28 | 902,629 |
| | 01/09/2023 | $231.51 | 904,128 | | 01/09/2023 | $223.29 | 904,128 |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/17/2022 | $860.72 | 8,003,103 | | 10/17/2022 | $2,127.52 | 8,003,103 |
| | 11/14/2022 | $674.22 | 8,003,148 | | 11/14/2022 | $272.76 | 8,003,148 |
| | 12/12/2022 | $674.22 | 8,003,201 | | 12/12/2022 | $272.76 | 8,003,201 |
| | 01/09/2023 | $272.77 | 8,003,257 | | 01/09/2023 | $674.22 | 8,003,257 |
| ROCKET MORTGAGE LLC | | | | | | | |
| | 05/16/2022 | $22.63 | 890,859 | | 06/20/2022 | $9.13 | 892,530 |
| SYNCHRONY BANK | | | | | | | |
| | 10/17/2022 | $34.67 | 898,744 | | 11/14/2022 | $10.97 | 900,317 |
| | 12/12/2022 | $10.98 | 901,900 | | 01/09/2023 | $10.99 | 903,392 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 06/20/2022 | $380.80 | 8,002,942 | | 07/18/2022 | $440.70 | 8,002,992 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/17/2022 | $13.69 | 898,919 | | 12/12/2022 | $8.69 | 902,058 |
| WELLS FARGO CARD SERVICES | | | | | | | |
| | 10/17/2022 | $1,585.02 | 900,155 | | 11/14/2022 | $502.30 | 901,730 |
| | 12/12/2022 | $502.30 | 903,248 | | 01/09/2023 | $502.30 | 904,742 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 985.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,250.00 | 100.00% | 1,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 5,912.31 | * | 703.67 | |
| 0004 | BANK OF AMERICA NA | VEHICLE SECURE | 322.05 | 100.00% | 322.05 | |
| 0005 | CARVANA LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 8,494.46 | * | 1,010.98 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 11,973.65 | * | 1,425.06 | |
| 0008 | DISCOVER PERSONAL LOAN | UNSECURED | 18,250.15 | * | 2,172.07 | |
| 0009 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 821.50 | 100.00% | 821.50 | |
| 0011 | SYNCHRONY BANK | UNSECURED | 568.06 | * | 67.61 | |
| 0012 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 11,548.07 | * | 1,374.42 | |
| 0014 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 31.76 | 100.00% | 31.76 | |
| 0015 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | THAMES MANAGEMENT COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 34,870.49 | * | 4,150.18 | |
| 0020 | WELLS FARGO CARD SERVICES | UNSECURED | 25,978.85 | * | 3,091.92 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,107.34 | * | 1,679.01 | |
| 0025 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 34.92 | * | 0.00 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 224.46 | * | 22.38 | |

**Total Paid:  $19,108.00**
See Summary

**Chapter 13 Case # 21-19761**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $21,668.00          -     Paid to Claims: $16,872.61     -     Admin Costs Paid: $2,235.39   =   Funds on Hand: $2,560.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.