# Middlebrooks Shapiro, P.C.
### attorneys at law
### 841 Mountain Avenue, First Floor
### Springfield, New Jersey 07081
telephone (973) 218-6877
telecopier (973) 218-6878
email: middlebrooks@middlebrooksshapiro.com

Melinda D. Middlebrooks, Esq.*  
Joseph M. Shapiro, Esq.°  
Richard P. Shapiro, Esq. (1942-2002)  
~  
Jessica M. Minneci, Esq.  
Angela Nascondiglio Stein, Esq.°  

Of Counsel  
Myron S. Lehman, Esq. (1928-2007)  

Mailing Address  
P.O. Box 1630  
Belmar, NJ 07719-1630  

*Also admitted in Tennessee  
°Also admitted in New York  

May 8, 2024

*Via CM/ECF*

Honorable Rosemary Gambardella  
United States Bankruptcy Court  

    Re:    Case No. 21-19761-RG  
             <u>Donald P. Zsak and Ana Arocho-Zsak</u>

Dear Judge Gambardella:

    As Your Honor is aware, this Firm represents the above-captioned Chapter 13 Debtors, Donald P. Zsak and Ana Arocho-Zsak (the "Debtors"). As Your Honor is also aware, a Motion for Relief from the Automatic Stay (the "Motion") was filed on behalf of Specialized Loan Servicing ("SLS"), the hearing on which is scheduled for May 15, 2024 at 10:00 a.m. *See*, Docket No. 35. Please accept this correspondence in lieu of a more formal Opposition to the Motion.

    The Debtors submit that payments to SLS have been made in the amount of $6,000.00, but have not been accounted for. On April 30, 2024m the amount of $4,500.00 was paid (confirmation #1122297242), and on April 5, 2024, a payment in the amount of $1,500.00 was made (confirmation number 1116266458). The Debtors submit they are now current on payments to SLS.

    Accordingly, the Debtors, by and through this Firm, respectfully request that Your Honor deny the Motion.

    Should Your Honor have any questions, please do not hesitate to contact this Firm.

Middlebrooks Shapiro, P.C.
Page 2

                                                                         Respectfully,

                                                                         /s/ Angela Stein

                                                                         Angela Stein, Esq.

JMM
cc:    Marie-Ann Greenberg, Chapter 13 Standing Trustee (via CM/ECF)
        Gavin N. Stewart, Esq. (via CM/ECF)

*We are a debt relief agency.*
*We help people file for bankruptcy relief under the Bankruptcy Code.*