| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Specialized Loan Servicing, LLC as servicing agent for Quorum Federal Credit Union* | |
| In re:<br><br>Donald P. Zsak<br>Ana Arocho-Zsak<br><br><div align="right">Debtors.</div> | Chapter: 13<br><br>Case No.: 21-19761-RG<br><br>Hearing Date: May 15, 2024<br><br>Judge Rosemary Gambardella |

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Motion for Relief from the Automatic Stay** (Doc. No. 35).

Dated: May 8, 2024

                                             Stewart Legal Group, P.L.
                                             Attorney for Creditor

                    By:     */s/Gavin N. Stewart*
                                Gavin N. Stewart, Esq.