MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

Re:  DONALD P. ZSAK
ANA AROCHO-ZSAK
1247 WOODSIDE ROAD
SCOTCH PLAINS,  NJ  07076

Atty:  MELINDA MIDDLEBROOKS ESQ
PO BOX 1630
BELMAR, NJ  07719-1630

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 21-19761

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $148,026.00**

### RECEIPTS AS OF 01/01/2025    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/28/2021 | $250.00 | 8171804000 | 01/25/2022 | $242.00 | 8231256000 |
| 02/16/2022 | $242.00 | 8280471000 | 03/03/2022 | $242.00 | 8315621000 |
| 04/04/2022 | $242.00 | 8381415000 | 04/08/2022 | $250.00 | 8392846000 |
| 04/11/2022 | $100.00 | 8395480000 | 05/02/2022 | $500.00 | 8433390000 |
| 05/31/2022 | $100.00 | 8495372000 | 06/02/2022 | $500.00 | 8504002000 |
| 06/02/2022 | $100.00 | 8504007000 | 07/01/2022 | $2,700.00 | 8561045000 |
| 08/01/2022 | $2,700.00 | 8622095000 | 09/02/2022 | $2,700.00 | 8685417000 |
| 10/04/2022 | $2,700.00 | 8749608000 | 10/31/2022 | $2,700.00 | 8797184000 |
| 12/02/2022 | $2,700.00 | 8857591000 | 01/03/2023 | $2,700.00 | 8915841000 |
| 02/02/2023 | $2,700.00 | 8975083000 | 02/06/2023 | $2,000.00 | 8981755000 |
| 02/06/2023 | ($2,700.00) | 8975083000 | 03/08/2023 | $2,700.00 | |
| 03/15/2023 | $700.00 | | 04/10/2023 | $2,700.00 | |
| 05/08/2023 | $2,700.00 | | 06/08/2023 | $2,700.00 | |
| 07/11/2023 | $2,700.00 | | 08/08/2023 | $2,700.00 | |
| 09/11/2023 | $2,700.00 | | 10/10/2023 | $2,700.00 | |
| 11/08/2023 | $2,700.00 | | 12/08/2023 | $2,700.00 | |
| 01/09/2024 | $2,700.00 | | 02/08/2024 | $2,700.00 | |
| 03/08/2024 | $2,700.00 | | 04/08/2024 | $2,700.00 | |
| 04/17/2024 | $200.00 | | 05/08/2024 | $2,700.00 | |
| 06/10/2024 | $2,700.00 | | 07/09/2024 | $2,700.00 | |
| 08/08/2024 | $2,700.00 | | 09/10/2024 | $2,700.00 | |
| 10/08/2024 | $2,700.00 | | 11/08/2024 | $2,700.00 | |
| 12/12/2024 | $1,500.00 | | 12/13/2024 | $1,300.00 | |

**Total Receipts: $84,068.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $84,068.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025    (Please Read Across)

**Chapter 13 Case # 21-19761**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK | | | | | | | |
| | 10/17/2022 | $360.71 | 8,003,096 | | 11/14/2022 | $114.33 | 8,003,150 |
| | 12/12/2022 | $114.31 | 8,003,197 | | 01/09/2023 | $114.32 | 8,003,252 |
| | 02/13/2023 | $114.31 | 8,003,304 | | 03/13/2023 | $199.00 | 8,003,363 |
| | 04/17/2023 | $143.95 | 8,003,415 | | 05/15/2023 | $113.10 | 8,003,468 |
| | 06/12/2023 | $113.11 | 8,003,526 | | 07/17/2023 | $113.10 | 8,003,590 |
| | 08/14/2023 | $113.10 | 8,003,635 | | 09/18/2023 | $113.10 | 8,003,698 |
| | 10/16/2023 | $111.29 | 8,003,760 | | 11/13/2023 | $111.29 | 8,003,805 |
| | 12/11/2023 | $111.32 | 8,003,858 | | 02/12/2024 | $222.58 | 8,003,948 |
| | 03/11/2024 | $111.27 | 8,004,000 | | 04/15/2024 | $111.29 | 8,004,039 |
| | 05/10/2024 | $119.53 | 8,004,086 | | 06/17/2024 | $111.29 | 8,004,131 |
| | 07/15/2024 | $114.92 | 8,004,175 | | 08/19/2024 | $114.92 | 8,004,213 |
| | 09/16/2024 | $114.92 | 8,004,256 | | 10/21/2024 | $113.71 | 8,004,294 |
| | 11/18/2024 | $113.71 | 8,004,339 | | 12/16/2024 | $117.92 | 8,004,383 |
| BANK OF AMERICA NA | | | | | | | |
| | 05/16/2022 | $229.48 | 890,440 | | 06/20/2022 | $92.57 | 892,093 |
| DISCOVER PERSONAL LOAN | | | | | | | |
| | 10/17/2022 | $1,113.47 | 899,333 | | 11/14/2022 | $352.87 | 900,912 |
| | 12/12/2022 | $352.87 | 902,458 | | 01/09/2023 | $352.86 | 903,946 |
| | 02/13/2023 | $352.87 | 905,484 | | 03/13/2023 | $614.26 | 907,095 |
| | 04/17/2023 | $444.35 | 908,700 | | 05/15/2023 | $349.12 | 910,299 |
| | 06/12/2023 | $349.13 | 911,772 | | 07/17/2023 | $349.13 | 913,293 |
| | 08/14/2023 | $349.15 | 914,810 | | 09/18/2023 | $349.13 | 916,306 |
| | 10/16/2023 | $343.53 | 917,783 | | 11/13/2023 | $343.53 | 919,229 |
| | 12/11/2023 | $343.52 | 920,645 | | 02/12/2024 | $687.07 | 923,380 |
| | 03/11/2024 | $343.53 | 924,833 | | 04/15/2024 | $343.53 | 926,271 |
| | 05/10/2024 | $368.99 | 927,742 | | 06/17/2024 | $343.53 | 929,156 |
| | 07/15/2024 | $354.73 | 930,622 | | 08/19/2024 | $354.74 | 932,049 |
| | 09/16/2024 | $354.73 | 933,498 | | 10/21/2024 | $351.00 | 934,908 |
| | 11/18/2024 | $351.00 | 936,387 | | 12/16/2024 | $364.00 | 937,764 |
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 10/17/2022 | $518.27 | 898,937 | | 11/14/2022 | $164.24 | 900,501 |
| | 12/12/2022 | $164.24 | 902,076 | | 01/09/2023 | $164.23 | 903,565 |
| | 02/13/2023 | $164.24 | 905,071 | | 03/13/2023 | $285.90 | 906,685 |
| | 04/17/2023 | $206.82 | 908,253 | | 05/15/2023 | $162.51 | 909,893 |
| | 06/12/2023 | $162.50 | 911,349 | | 07/17/2023 | $162.50 | 912,865 |
| | 08/14/2023 | $162.50 | 914,386 | | 09/18/2023 | $162.50 | 915,879 |
| | 10/16/2023 | $159.90 | 917,382 | | 11/13/2023 | $159.90 | 918,808 |
| | 12/11/2023 | $159.89 | 920,230 | | 02/12/2024 | $319.79 | 922,956 |
| | 03/11/2024 | $159.90 | 924,421 | | 04/15/2024 | $159.90 | 925,835 |
| | 05/10/2024 | $171.73 | 927,328 | | 06/17/2024 | $159.90 | 928,700 |
| | 07/15/2024 | $165.11 | 930,202 | | 08/19/2024 | $165.11 | 931,599 |
| | 09/16/2024 | $165.11 | 933,085 | | 10/21/2024 | $163.37 | 934,443 |
| | 11/18/2024 | $163.37 | 935,934 | | 12/16/2024 | $169.42 | 937,313 |

**Chapter 13 Case # 21-19761**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| LVNV FUNDING LLC | | | | | | | |
| | 10/17/2022 | $704.58 | 899,514 | | 10/17/2022 | $730.53 | 899,514 |
| | 11/14/2022 | $231.51 | 901,082 | | 11/14/2022 | $223.27 | 901,082 |
| | 12/12/2022 | $231.51 | 902,629 | | 12/12/2022 | $223.28 | 902,629 |
| | 01/09/2023 | $231.51 | 904,128 | | 01/09/2023 | $223.29 | 904,128 |
| | 02/13/2023 | $231.51 | 905,669 | | 02/13/2023 | $223.28 | 905,669 |
| | 03/13/2023 | $403.00 | 907,272 | | 03/13/2023 | $388.67 | 907,272 |
| | 04/17/2023 | $291.53 | 908,885 | | 04/17/2023 | $281.17 | 908,885 |
| | 05/15/2023 | $229.07 | 910,467 | | 05/15/2023 | $220.92 | 910,467 |
| | 06/12/2023 | $229.06 | 911,947 | | 06/12/2023 | $10.87 | 911,947 |
| | 06/12/2023 | $220.92 | 911,947 | | 07/17/2023 | $229.06 | 913,469 |
| | 07/17/2023 | $10.87 | 913,469 | | 07/17/2023 | $220.92 | 913,469 |
| | 08/14/2023 | $229.06 | 914,984 | | 08/14/2023 | $10.86 | 914,984 |
| | 08/14/2023 | $220.92 | 914,984 | | 09/18/2023 | $229.06 | 916,481 |
| | 09/18/2023 | $10.87 | 916,481 | | 09/18/2023 | $220.92 | 916,481 |
| | 10/16/2023 | $225.39 | 917,954 | | 10/16/2023 | $10.69 | 917,954 |
| | 10/16/2023 | $217.37 | 917,954 | | 11/13/2023 | $225.39 | 919,401 |
| | 11/13/2023 | $10.69 | 919,401 | | 11/13/2023 | $217.38 | 919,401 |
| | 12/11/2023 | $225.38 | 920,797 | | 12/11/2023 | $10.70 | 920,797 |
| | 12/11/2023 | $217.37 | 920,797 | | 02/12/2024 | $450.77 | 923,558 |
| | 02/12/2024 | $21.39 | 923,558 | | 02/12/2024 | $434.75 | 923,558 |
| | 03/11/2024 | $225.39 | 924,992 | | 03/11/2024 | $10.69 | 924,992 |
| | 03/11/2024 | $217.38 | 924,992 | | 04/15/2024 | $225.38 | 926,454 |
| | 04/15/2024 | $10.69 | 926,454 | | 04/15/2024 | $217.38 | 926,454 |
| | 05/10/2024 | $242.08 | 927,894 | | 05/10/2024 | $11.48 | 927,894 |
| | 05/10/2024 | $233.47 | 927,894 | | 06/17/2024 | $225.39 | 929,338 |
| | 06/17/2024 | $10.69 | 929,338 | | 06/17/2024 | $217.38 | 929,338 |
| | 07/15/2024 | $232.73 | 930,779 | | 07/15/2024 | $11.05 | 930,779 |
| | 07/15/2024 | $224.46 | 930,779 | | 08/19/2024 | $232.74 | 932,225 |
| | 08/19/2024 | $11.04 | 932,225 | | 08/19/2024 | $224.46 | 932,225 |
| | 09/16/2024 | $232.73 | 933,650 | | 09/16/2024 | $11.04 | 933,650 |
| | 09/16/2024 | $224.46 | 933,650 | | 10/21/2024 | $230.29 | 935,086 |
| | 10/21/2024 | $10.93 | 935,086 | | 10/21/2024 | $222.10 | 935,086 |
| | 11/18/2024 | $230.29 | 936,544 | | 11/18/2024 | $10.92 | 936,544 |
| | 11/18/2024 | $222.11 | 936,544 | | 12/16/2024 | $11.33 | 937,934 |
| | 12/16/2024 | $230.33 | 937,934 | | 12/16/2024 | $238.81 | 937,934 |

**Chapter 13 Case # 21-19761**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 10/17/2022 | $860.72 | 8,003,103 | | 10/17/2022 | $2,127.52 | 8,003,103 |
| | 11/14/2022 | $674.22 | 8,003,148 | | 11/14/2022 | $272.76 | 8,003,148 |
| | 12/12/2022 | $674.22 | 8,003,201 | | 12/12/2022 | $272.76 | 8,003,201 |
| | 01/09/2023 | $272.77 | 8,003,257 | | 01/09/2023 | $674.22 | 8,003,257 |
| | 02/13/2023 | $674.22 | 8,003,309 | | 02/13/2023 | $272.77 | 8,003,309 |
| | 03/13/2023 | $1,173.65 | 8,003,367 | | 03/13/2023 | $474.81 | 8,003,367 |
| | 04/17/2023 | $849.02 | 8,003,414 | | 04/17/2023 | $343.48 | 8,003,414 |
| | 05/15/2023 | $269.88 | 8,003,472 | | 05/15/2023 | $667.08 | 8,003,472 |
| | 06/12/2023 | $667.09 | 8,003,529 | | 06/12/2023 | $269.88 | 8,003,529 |
| | 07/17/2023 | $667.09 | 8,003,582 | | 07/17/2023 | $269.88 | 8,003,582 |
| | 08/14/2023 | $667.08 | 8,003,637 | | 08/14/2023 | $269.88 | 8,003,637 |
| | 09/18/2023 | $667.09 | 8,003,690 | | 09/18/2023 | $269.88 | 8,003,690 |
| | 10/16/2023 | $656.38 | 8,003,749 | | 10/16/2023 | $265.55 | 8,003,749 |
| | 11/13/2023 | $656.39 | 8,003,806 | | 11/13/2023 | $265.55 | 8,003,806 |
| | 12/11/2023 | $656.37 | 8,003,859 | | 12/11/2023 | $265.54 | 8,003,859 |
| | 02/12/2024 | $1,312.77 | 8,003,947 | | 02/12/2024 | $531.10 | 8,003,947 |
| | 03/11/2024 | $265.56 | 8,003,991 | | 03/11/2024 | $656.39 | 8,003,991 |
| | 04/15/2024 | $656.38 | 8,004,035 | | 04/15/2024 | $265.55 | 8,004,035 |
| | 05/10/2024 | $705.01 | 8,004,082 | | 05/10/2024 | $285.22 | 8,004,082 |
| | 06/17/2024 | $265.55 | 8,004,126 | | 06/17/2024 | $656.39 | 8,004,126 |
| | 07/15/2024 | $274.20 | 8,004,169 | | 07/15/2024 | $677.79 | 8,004,169 |
| | 08/19/2024 | $274.22 | 8,004,210 | | 08/19/2024 | $677.78 | 8,004,210 |
| | 09/16/2024 | $274.21 | 8,004,251 | | 09/16/2024 | $677.79 | 8,004,251 |
| | 10/21/2024 | $271.32 | 8,004,295 | | 10/21/2024 | $670.65 | 8,004,295 |
| | 11/18/2024 | $271.31 | 8,004,336 | | 11/18/2024 | $670.66 | 8,004,336 |
| | 12/16/2024 | $695.49 | 8,004,376 | | 12/16/2024 | $281.37 | 8,004,376 |
| ROCKET MORTGAGE LLC | | | | | | | |
| | 05/16/2022 | $22.63 | 890,859 | | 06/20/2022 | $9.13 | 892,530 |
| SYNCHRONY BANK | | | | | | | |
| | 10/17/2022 | $34.67 | 898,744 | | 11/14/2022 | $10.97 | 900,317 |
| | 12/12/2022 | $10.98 | 901,900 | | 01/09/2023 | $10.99 | 903,392 |
| | 02/13/2023 | $10.98 | 904,895 | | 03/13/2023 | $19.12 | 906,524 |
| | 04/17/2023 | $13.83 | 908,078 | | 05/15/2023 | $10.87 | 909,749 |
| UNITED STATES TREASURY/IRS | | | | | | | |
| | 06/20/2022 | $380.80 | 8,002,942 | | 07/18/2022 | $440.70 | 8,002,992 |
| | 03/13/2023 | $6.00 | 8,003,412 | | 11/13/2023 | $5.51 | 8,003,857 |
| | 07/15/2024 | $5.33 | 8,004,209 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | | |
| | 10/17/2022 | $13.69 | 898,919 | | 12/12/2022 | $8.69 | 902,058 |
| | 02/13/2023 | $8.68 | 905,053 | | 03/13/2023 | $7.55 | 906,668 |
| | 04/17/2023 | $5.47 | 908,233 | | 06/12/2023 | $8.58 | 911,334 |
| | 08/14/2023 | $8.59 | 914,370 | | 10/16/2023 | $8.52 | 917,368 |
| | 12/11/2023 | $8.45 | 920,215 | | 02/12/2024 | $8.45 | 922,943 |
| | 04/15/2024 | $8.45 | 925,824 | | 06/17/2024 | $8.77 | 928,688 |
| | 08/19/2024 | $8.72 | 931,589 | | 10/21/2024 | $8.68 | 934,432 |
| | 12/16/2024 | $8.80 | 937,304 | | | | |

**Chapter 13 Case # 21-19761**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SERVICES | | | | | | |
| | 10/17/2022 | $1,585.02 | 900,155 | 11/14/2022 | $502.30 | 901,730 |
| | 12/12/2022 | $502.30 | 903,248 | 01/09/2023 | $502.30 | 904,742 |
| | 02/13/2023 | $502.30 | 906,334 | 03/13/2023 | $874.38 | 907,904 |
| | 04/17/2023 | $632.53 | 909,566 | 05/15/2023 | $496.98 | 911,052 |
| | 06/12/2023 | $496.99 | 912,565 | 07/17/2023 | $496.99 | 914,091 |
| | 08/14/2023 | $496.98 | 915,559 | 09/18/2023 | $496.99 | 917,092 |
| | 10/16/2023 | $489.01 | 918,524 | 11/13/2023 | $489.01 | 919,967 |
| | 12/11/2023 | $489.00 | 921,367 | 02/12/2024 | $978.03 | 924,156 |
| | 03/11/2024 | $489.02 | 925,571 | 04/15/2024 | $489.02 | 927,078 |
| | 05/10/2024 | $525.23 | 928,451 | 06/17/2024 | $489.01 | 929,968 |
| | 07/15/2024 | $504.96 | 931,337 | 08/19/2024 | $504.96 | 932,848 |
| | 09/16/2024 | $504.96 | 934,200 | 10/21/2024 | $499.64 | 935,712 |
| | 11/18/2024 | $499.65 | 937,109 | 12/16/2024 | $518.15 | 938,527 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 5,285.39 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 1,250.00 | 100.00% | 1,250.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0003 | AMERICAN EXPRESS BANK | UNSECURED | 5,912.31 | * | 3,426.40 | |
| 0004 | BANK OF AMERICA NA | VEHICLE SECURE | 322.05 | 100.00% | 322.05 | |
| 0005 | CARVANA LLC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0006 | JPMORGAN CHASE BANK NA | UNSECURED | 8,494.46 | * | 4,922.85 | |
| 0007 | LVNV FUNDING LLC | UNSECURED | 11,973.65 | * | 6,939.17 | |
| 0008 | DISCOVER PERSONAL LOAN | UNSECURED | 18,250.15 | * | 10,576.64 | |
| 0009 | NEWREZ LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0010 | UNITED STATES TREASURY/IRS | PRIORITY | 821.50 | 100.00% | 821.50 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 568.06 | * | 329.21 | |
| 0012 | MACY'S | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | LVNV FUNDING LLC | UNSECURED | 11,548.07 | * | 6,692.54 | |
| 0014 | ROCKET MORTGAGE LLC | MORTGAGE ARRE | 31.76 | 100.00% | 31.76 | |
| 0015 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | THAMES MANAGEMENT COMPANY | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 34,870.49 | * | 20,208.74 | |
| 0020 | WELLS FARGO CARD SERVICES | UNSECURED | 25,978.85 | * | 15,055.71 | |
| 0021 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,107.34 | * | 8,175.72 | |
| 0025 | AMERICAN EXPRESS | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | SALLIE MAE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | UNITED STATES TREASURY/IRS | UNSECURED | 34.92 | * | 16.84 | |
| 0029 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 224.46 | * | 130.09 | |

**Total Paid: $84,184.61**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $84,068.00   -   Paid to Claims: $77,649.22   -   Admin Costs Paid: $6,535.39   =   Funds on Hand: $1,883.39

**Chapter 13 Case # 21-19761**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.